IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MARCELINO ALBUERNE & RUBY JENKINS,<br><br>Plaintiffs,<br><br>v.<br><br>RENT RECOVERY SOLUTIONS, LLC,<br><br>Defendant. | ) | CIVIL ACTION<br><br>No. 24-4043-JAR |

JUDGMENT

This action was tried by a jury with the Honorable Julie A. Robinson, District Judge, presiding, and the jury has rendered a verdict (Doc. 170). Judgment is hereby entered on the jury verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs Marcelino Albuerne and Ruby Jenkins in the amount of $150,000 each for actual damages and $500,000 each for punitive damages.

IT IS SO ORDERED.

**Dated this 14th day of August, 2026, in Kansas City, Kansas.**

s/ Sarah Spegal
By Deputy Clerk
SKYLER O'HARA
Clerk of the District Court