**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| MARCELINO ALBUERNE & RUBY JENKINS,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>Defendants. | ) | Case No. 5:24-cv-04043 |

**DEFENDANT RENT RECOVERY SOLUTIONS, LLC'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL OR REMITTITUR, AND MOTION TO ALTER OR AMEND JUDGMENT**

Defendant Rent Recovery Solutions, LLC ("RRS"), by and through counsel, renews its motion for judgment as a matter of law under Federal Rule of Civil Procedure 50(b) and moves alternatively for a new trial or remittitur under Rule 59(a) and to alter or amend the judgment under Rule 59(e). In support of this Motion, RRS relies on its contemporaneously filed Memorandum in Support and all other matters in the record.

WHEREFORE, RRS prays this motion be inquired into and granted, and that the Court enter judgment as a matter of law in RRS's favor on willfulness and vacatur of the $1 million punitive damages award; enter judgment in RRS's favor on Plaintiffs' causation and credit-denial theories; and, alternatively, grant a new trial or remittitur. RRS also asks the Court to vacate the antecedent liability ruling in light of intervening Tenth Circuit law and the disputed inferences in the summary judgment record.

DATED this 11th day of September 2026.

Respectfully submitted,

SPENCER FANE LLP

By: s/ Joshua C. Dickinson
Joshua C. Dickinson KS Bar No. 20632
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
E-mail: jdickinson@spencerfane.com

and

John H. Bedard, Jr., *admitted pro hac vice*
Jonathan K. Aust, *admitted pro hac vice*
Bedard Law Group, P.C.
4855 River Green Parkway, Suite 310
Duluth, GA 30096
Telephone: (678) 253-1871
jbedard@bedardlawgroup.com
jaust@bedardlawgroup.com

ATTORNEYS FOR DEFENDANT RENT RECOVERY SOLUTIONS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the District of Kansas this 11th day of September 2026 with notice of case activity generated and sent to counsel of record.

s/ Joshua C. Dickinson