**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

MARCELINO ALBUERNE & RUBY JENKINS,

Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC and RENT RECOVERY SOLUTIONS, LLC,

Defendants.

Case No.: 5:24-cv-04043-JAR-GEB

Honorable District Judge: Julie A. Robinson

Honorable Magistrate Judge: Gwynne E. Birzer

**EXHIBIT INDEX**

| Exhibit | Description |
|---|---|
| 1 | Declaration of Douglas L. Carter |
| 2 | Declaration of Bryce B. Bell |
| 3 | Declaration Brandon Boulware |
| 4 | Declaration of Anthony Chester with CV |
| 5 | Expense Report |
| 6 | Declaration of Duran Keller |
| 6-A | Duran Keller Time Records |
| 7 | Declaration of Beth K. Findsen |
| 7-A | Beth K. Findsen Time Records |
| 8 | Declaration of Brianna Frohman |
| 8-A | Brianna Frohman Time Records |
| 9 | Declaration of Matthew Osborne |
| 10 | Declaration of Jenilee V. Zentrich |
| 11 | Composite Verdict and Judgment Documents |

Respectfully submitted this 25th day of September 2026.

By: */s/ Jenna Dakroub*
Jenna Dakroub, MO Bar #73255
CONSUMER JUSTICE LAW FIRM PLC
16130 Ventura Blvd., Suite 300
Encino, CA 91436
T: (602) 807-1525
F: (480) 613-7733
E: jdakroub@consumerjustice.com

*/s/ Beth K. Findsen*
Beth K. Findsen (*pro hac vice*)
CONSUMER JUSTICE LAW FIRM PLC
8095 N 85th Way
Scottsdale, AZ 85258
T: (602) 807-6676
E: bfindsen@consumerjustice.com

*/s/ Duran Keller*
Duran Keller (*pro hac vice*)
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (984) 310-0626
E: dkeller@consumerjustice.com

*Attorneys for Plaintiffs*
*Marcelino Albuerne & Ruby Jenkins*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Marie Tirona*