# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

MARCELINO ALBUERNE and
RUBY JENKINS,

Plaintiffs,

v.

Case No. 5:24-cv-04043-JAR

RENT RECOVERY SOLUTIONS, LLC,

Defendant.

**DECLARATION OF BRANDON BOULWARE IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES**

I, Brandon Boulware, being of lawful age and having personal knowledge of the matters stated below, declare and state as follows:

## I. INTRODUCTION AND BASIS FOR THIS DECLARATION

1. I am the founder of Boulware Law, 1600 Genessee Street, Suite 760, Kansas City, Missouri 64102. I am licensed to practice in Missouri and Kansas, including the federal and state courts, and I am admitted to the United States Courts of Appeals for the Sixth, Eighth, and Eleventh Circuits, and the United States District Courts for the Western District of Arkansas and the Western District of Wisconsin.

2. I submit this Declaration in support of Plaintiffs' Motion for Attorneys' Fees and Expenses following the jury verdict returned in this matter on August 14, 2026.

3. In preparing this Declaration, I reviewed the Verdict Form entered in this matter (ECF No. 170), the PACER docket report, the Declarations of Duran L. Keller and Beth K. Findsen, and their time records. I also relied on my own experience setting and evaluating litigation rates and my knowledge of the Kansas City legal market, including litigation in the District of Kansas and the Western District of Missouri.

## II. QUALIFICATIONS AND EXPERIENCE

4. I began my legal career clerking for Chief Justice Stephen N. Limbaugh, Jr. of the Supreme Court of Missouri from 2002 to 2003 and then for Chief Judge Dean Whipple of the United States District Court for the Western District of Missouri from 2003 to 2005. Those clerkships gave me an early and direct view of complex state and federal litigation and judicial evaluation of lawyers' work.

5. After my clerkships, I practiced at the Kansas City trial boutique now known as GM Law PC, first as an associate from 2005 through 2011 and then as a partner from 2011 through 2018. I founded Boulware Law in 2018.

6. For approximately twenty-one years, I have litigated significant, high-stakes cases in Kansas, Missouri, and numerous other jurisdictions. My practice includes antitrust, complex commercial litigation, breach-of-contract and business-tort disputes, serious-injury and wrongful-death

matters, and class actions. I have represented plaintiffs and defendants, corporations and individuals, under hourly, contingency, flat-fee, and hybrid arrangements.

7. I earned my J.D., magna cum laude, from American University in 2002, where I served as a Notes and Comments Editor of the International Law Review. I earned my undergraduate degree from the University of Missouri-Columbia in 1999.

8. My firm has litigated substantial matters in both the District of Kansas and the Western District of Missouri. Its reported results include a $1.78 billion antitrust jury verdict in the Western District of Missouri in 2023; a $5.3 million Missouri jury verdict, including punitive damages, in 2023; a $1.2 million Kansas jury verdict in 2021; and substantial settlements and dispositive results in Kansas and Missouri federal and state courts.

9. Best Lawyers in America has recognized me in Commercial Litigation since 2015. I have been named a Missouri and Kansas Super Lawyer since 2008. I have been included among the Top 100 lawyers in Missouri and Kansas each year since 2020 and among the Top 50 lawyers in Kansas City each year since 2021. Best Lawyers named me its 2023 Kansas City Lawyer of the Year for Antitrust Litigation and Litigation-Regulatory Enforcement.

## III. KNOWLEDGE OF THE KANSAS CITY LITIGATION MARKET

10. My work on both sides of complex litigation gives me direct knowledge of the rates charged in the Kansas City metropolitan market by lawyers handling significant federal litigation. I have retained, worked with, opposed, and evaluated attorneys from local, regional, and national firms, and I am familiar with the relationship between rates, specialization, responsibility, efficiency, and results.

11. The relevant market is not limited to one side of the state line. Lawyers handling complex federal litigation in the District of Kansas and the Western District of Missouri regularly practice throughout the Kansas City metropolitan area, and the market includes Kansas City, Missouri, Kansas City, Kansas, Overland Park, Lawrence, and Topeka.

12. Boulware Law uses hourly, contingency, flat-fee, and hybrid arrangements. Our hourly rates are set to reflect the experience, skill, responsibility, and market value of the lawyers performing the work. Contingent litigation also requires the firm to commit substantial lawyer time and resources without current payment and with the risk that no fee will be received.

13. I am familiar with the rates charged and paid by paying clients in this market. For significant litigation, complex matters or trial work involving skilled counsel, paying clients regularly pay between $500-$1,500 per hour. This is true for the Kansas legal market as well as the neighboring Missouri market. In recent years, these rates have only increased.

14. In my opinion, relevant trial experience, specialized knowledge, responsibility for the case, efficiency, professional standing, and demonstrated results are important factors in determining a lawyer's value to a case. The value of a trial lawyer's work should not be measured by years since admission alone, in my opinion.

## IV. OPINIONS CONCERNING THE REQUESTED RATES AND HOURS

15. Mr. Keller was admitted to practice in 2014, has concentrated his practice on jury trials as well as consumer-protection litigation, and has served as lead trial counsel in dozens of jury and bench trials. Since 2022, he has served as lead trial counsel in cases producing verdicts of $1.3 million, $2.865 million, $2.145 million, $1.95 million, $2.5 million, $388,000, $800,000, $1.25 million,

$331,000, $100,150, and $226,500, along with a $60,000 verdict in another consumer matter. This is an impressive trial record, especially since so few cases actually make to trial.

16. Mr. Keller's professional standing also supports the requested rate. He is an elected member of the National Association of Consumer Advocates Board of Directors and its Indiana State Chair, regularly teaches consumer lawyers nationally, has led week-long trial-skills programs, is a graduate of the Trial Lawyers College and an advanced graduate program, and received the National Consumer Law Center's 2025 Rising Star recognition.

17. In my opinion, $800 per hour is reasonable and conservative for Mr. Keller's work in this matter. His concentrated consumer jury-trial experience, repeated results, ability to enter a case after summary judgment and assume lead trial responsibility, and demonstrated standing as an instructor of other lawyers place him among the unusually skilled trial practitioners whose market value is not captured by years of admission alone.

18. Ms. Findsen seeks compensation at $675 per hour. Her declaration reflects approximately twenty-nine years of practice, substantial complex-litigation experience, leadership in approximately 135 consumer-protection matters during the five-year period described in her declaration, trial and appellate experience, and responsibility for developing this case through discovery and obtaining partial summary judgment on liability.

19. In my opinion, $675 per hour is reasonable for Ms. Findsen's work. Her experience, specialized FCRA practice, responsibility for discovery and summary judgment, and continued role as trial co-counsel support that rate in the Kansas City market.

20. Based on my experience with litigation staffing and rates charged for experienced trial support, the requested rate of $190 per hour for trial paralegal Brianna Frohman is also reasonable in this market for the substantive work described in Mr. Keller's declaration.

21. I reviewed Mr. Keller's and Ms. Findsen's time records. Mr. Keller seeks compensation for 168.00 hours and Ms. Findsen for 293.24 hours. The entries describe different responsibilities: Ms. Findsen developed the case, conducted discovery, and obtained summary judgment; Mr. Keller joined after summary judgment, absorbed the record, and assumed lead responsibility for trial strategy and presentation. The records also reflect billing judgment and do not suggest that counsel simply duplicated one another's work.

22. The staffing was very reasonable for a multi-year federal case tried to a jury against a defendant represented at trial by three attorneys. Two active plaintiffs' lawyers allowed one lawyer to handle a witness or issue while the other tracked the record, prepared the next assigned task, and addressed evidentiary and instruction issues. That is ordinary and efficient trial staffing, not unnecessary duplication.

23. The jury found that Rent Recovery acted willfully as to both Plaintiffs and returned verdicts totaling $1.3 million: $150,000 in actual damages and $500,000 in punitive damages for each Plaintiff. In my experience litigating significant cases in Kansas and Missouri, that is an exceptional result and strongly confirms the value and effectiveness of the work performed.

24. I am aware of no basis for reducing the requested rates because Plaintiffs' counsel practice from or reside outside Kansas. The pertinent question is the market value in this District of comparable work by lawyers of comparable skill, experience, and reputation. The requested rates are supported by the Kansas City market and by the particular qualifications and responsibilities of the lawyers who performed the work.

## V. CONCLUSION

25. Based on my experience in the Kansas City legal market, my review of the declarations and time records, and counsel's respective qualifications, responsibilities, and results, it is my opinion that $800 per hour for Mr. Keller and $675 per hour for Ms. Findsen are reasonable rates for the work performed in this matter. The hours reflected in the records are also reasonable in light of the work required, the division of responsibility, the trial, and the complete success obtained.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed this 23rd day of September, 2026, in Kansas City, Missouri.

B. B

Brandon Boulware
BOULWARE LAW
1600 Genessee Street, Suite 760
Kansas City, Missouri 64102
Tel: (816) 492-2826
brandon@boulware-law.com