# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| Marcelino Albuerne and Ruby Jenkins,<br><br>Plaintiffs,<br><br>v.<br><br>Rent Recovery Solutions, LLC,<br><br>Defendant. | Civil No: 5:24-cv-4043-JAR<br><br>**Declaration of Anthony Chester in Support of Plaintiffs' Motion for Attorneys' Fees and Related Expenses** |

I, Anthony Chester, declare under penalty of perjury under the laws of the United States as follows:

1. My name is Anthony Chester, and I make this declaration in support of my own personal knowledge.

2. I can testify to all contents of this declaration.

3. I make this declaration in support of the attorney's fees application of attorneys Duran Keller and Beth Findsen.

**My Professional Background**

4. I graduated from Michigan State University in 2010 with two bachelor's degrees: one in political theory and constitutional democracy and a second in philosophy.

5. I graduated from Michigan State University College of Law with a J.D. in 2013.

6. I was first admitted to Michigan state courts in 2013, then Texas state courts in 2014, Minnesota state courts in 2015, and Missouri state courts in 2021.

7. I am admitted to the following federal courts:

a. District of Minnesota – Admitted in 2015
b. Western District of Wisconsin – Admitted in 2015
c. Eastern District of Wisconsin – Admitted in 2015
d. Eighth Circuit Court of Appeals – Admitted in 2016
e. Eastern District of Texas – Admitted in 2016
f. Eastern District of Michigan – Admitted in 2017
g. Northern District of Texas – Admitted in 2017
h. Northern District of Illinois – Admitted in 2017
i. Western District of Michigan – Admitted in 2017
j. District of Colorado – Admitted in 2017
k. Sixth Circuit Court of Appeals – Admitted in 2018
l. Southern District of Indiana – Admitted in 2019
m. Eastern District of Missouri – Admitted in 2020
n. Central District of Illinois – Admitted in 2021
o. Western District of Missouri – Admitted in 2021
p. District of Kansas – Admitted in 2021
q. Western District of Texas – Admitted in 2024
r. Northern District of Indiana – Admitted in 2026

8. I have been admitted pro hac vice in the following courts:

a. District of Arizona
b. Central District of California
c. Northern District of California
d. Middle District of Florida
e. Southern District of Ohio

9. I am the founder of Chester Law PLLC, a multi-jurisdictional consumer-protection firm focused on consumer finance matters and based in Bloomington, Minnesota.

10. I opened Chester Law in October 2022 after practicing consumer law since 2015.

11. Prior to Chester Law, I worked as a managing attorney at two nationally focused consumer law firms: Kazerouni Law Group and Hyde & Swigart.

12. My practice is devoted to consumer financial matters, including inaccurate credit reporting, identity theft, debt-collection abuses, debt settlement abuses, unauthorized electronic fund transfers, and related claims.

13. The majority of my practice involves claims brought under the Fair Credit Reporting Act, but I also represent consumers in claims under the Fair Debt Collection Practices Act, Electronic Fund Transfer Act, and various consumer protection state laws.

14. Since 2015, I have represented over 1,000 consumer clients in individual consumer law matters, including over 350 FCRA and/or FDCPA cases filed in federal courts.

15. I have represented consumers in federal litigation filed in the District of Kansas.

16. That work has required me to evaluate the demands of consumer cases in this District and to work within the market from which counsel handling those cases are drawn.

17. Specifically, I have represented consumers in at least sixty-five (65) matters filed in the District of Kansas, as well as at least three matters filed in the United States Bankruptcy Court for the District of Kansas.

18. The vast majority of the sixty-eight (68) cases in which I have represented consumers in the District of Kansas and/or United States Bankruptcy Court for the District of Kansas have included FCRA claims against defendants.

19. I am the former co-chair of the Minnesota State Bar Association Consumer and Creditor Law Section, and am a member of other consumer advocate associations including, but not limited to: the National Association of Consumer Advocates and the Pro Se Project of the District Court of Minnesota.

20. I have presented numerous Continuing Legal Education programs on consumer law matters at both state functions and national conferences.

21. I have attached a copy of my CV for information on my background and experience.

**My Knowledge of Mr. Keller**

22. I know Duran Keller through the national consumer-law bar, professional education, and consultations concerning my own cases.

23. I have observed Mr. Keller both as an instructor and as a lawyer analyzing actual litigation problems.

24. In January-February 2024, I attended a weeklong trial-skills retreat in Santa Cruz, California, where Mr. Keller served as a lead instructor. The retreat required participants to work through the development and presentation of their own cases rather than passively listen to lectures. I saw Mr. Keller identify the central story in complicated facts, test whether proposed themes would matter to jurors, and give specific direction concerning witnesses, examinations, damages, and case presentation.

25. I have also attended continuing-legal-education presentations Mr. Keller delivered at national consumer-law conferences. Those programs reinforced what I observed in Santa Cruz: he does not merely recite legal rules. He teaches lawyers how to make decisions, develop admissible proof, anticipate the defense, and tell the consumer's story in a complete, compelling, and comprehensive way.

26. I have called Mr. Keller to discuss strategy in matters I was handling. I sought him out because his advice is practical, and trial tested. He is able to identify the issue that will control how a judge or jury understands a case and to recommend concrete changes to the way the evidence or theory should be developed.

27. Mr. Keller is in a league of his own. Consumer law has many knowledgeable statutory

practitioners but comparatively few lawyers who repeatedly try consumer cases to juries. Mr. Keller combines substantive knowledge of credit-reporting and debt-collection law with concentrated trial experience. From my own practice, training, and interactions with other consumer lawyers, that combination is scarce and valuable.

28. Mr. Keller's role as an instructor is meaningful evidence of his standing in the consumer bar. Experienced lawyers attend his programs and contact him about their cases because they believe his judgment can improve their work. I am one of the attorneys who has done both.

29. In sum, I am very familiar with Mr. Keller's professionalism, ethics, judgment, and exceptional trial skills. He is, without question, a highly respected and accomplished attorney in a specialized and complex area of consumer law—FCRA trial litigation.

**The Present Action**

30. I understand that Mr. Keller was brought into this action to lead the trial and that the jury returned a $1.3 million verdict after finding that Rent Recovery Solutions acted willfully as to both Plaintiffs. I have also reviewed his recent verdict history, which includes several 7-figure verdicts. The result here is consistent with his demonstrated ability to take difficult individual consumer cases through trial.

31. I have reviewed Judge Robinson's decision in *Bahnmaier v. Wichita State University*, No. 2:20-cv-02246-JAR-TJJ, 2021 U.S. Dist. LEXIS 155540, at *3–5 (D. Kan. Aug. 18, 2021), which approved hourly rates of $675 for Brandon Boulware and $850 for William Federman. I have also reviewed the official Consumer Price Index ("CPI")

figures showing that $675 in August 2021 is approximately $826.53 in August 2026 dollars. The CPI figures also show $850 in August 2021 is approximately $1,040.82 in August 2026 dollars. I do not treat inflation as the sole measure of a lawyer's rate, but the objective local benchmark established in *Bahnmaier* is consistent with my experience and opinion.

32. Based on my District of Kansas practice, my knowledge of consumer litigation, my observations of Mr. Keller's instruction, and my consultations with him, $800 per hour is reasonable for his work in this action. That rate reflects his rare and exceptional trial experience, national demand, efficiency, reputation, and the result obtained. Considering the inflation-adjusted District of Kansas benchmark described above, it is also conservative.

33. In this practice, the more meaningful measures for an attorney's rate are the lawyer's actual skill, relevant work, actual jury-trial experience, demonstrated judgment, results, and demand among clients and other lawyers. Mr. Keller's experience measured by those factors is exceptional.

34. I understand that Beth Findsen seeks $675 per hour and that she has approximately twenty-nine years of legal experience, has handled hundreds of Fair Credit Reporting Act matters, developed Plaintiffs' claims through discovery, and obtained partial summary judgment before trial. After reviewing her declaration and the description of her work, I believe $675 per hour is reasonable for those services in this market.

**Conclusion**

35. I am not counsel in this action and have no financial interest in its outcome or in the

fee determination. I offer these opinions based on my professional experience and personal observations. I have not audited counsel's time records and express no opinion about individual time entries.

36. In my professional opinion, as an FCRA practitioner and member of this bar, the requested rates of $800 per hour for Mr. Keller and $675 per hour for Ms. Findsen are fair and reasonable for the specialized work described above. I genuinely believe that Mr. Keller and Ms. Findsen should be fairly compensated at their requested rates. Mr. Keller's requested rate is below the rate indicated by the inflation-adjusted local comparator and, in my opinion, does not overstate the market value of his services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed this 23 day of September 2026, in Frankfurt, Germany.

Anthony Chester
CHESTER LAW PLLC

P: 612-488-2112
E: tony@chester.law

8400 Normandale Lake Blvd. Ste. 920
Bloomington, MN 55437

# Anthony P. Chester
## Curriculum Vitae

### Consumer Law Experience

- **Chester Law PLLC** - Bloomington, MN
  - Principal (October 2022 - Present)
    - Manage and litigate cases in a multi-jurisdictional practice
      - Primarily litigate in federal courts
    - Consumer protection litigation focusing on:
      - Fair Credit Reporting Act, Fair Debt Collection Practices Act, Fair Credit Billing Act, Electronic Funds Transfer Act, and related state statutes
- **Kazerouni Law Group** - Minneapolis, MN
  - Of Counsel (October 2022 - Present)
    - Manage and litigate cases previously filed prior to transitioning to Of Counsel.
      - Litigating cases in Minnesota, Indiana, Missouri, Kansas, Texas, California, and Florida
    - Consumer protection litigation focusing on:
      - Fair Credit Reporting Act, Fair Debt Collection Practices Act, Fair Credit Billing Act, and state law deceptive trade practice statutes
  - Managing Attorney (August 2019 - September 2022)
    - Manage a multi-jurisdictional practice
      - Litigated cases in Minnesota, Michigan, Indiana, Illinois, Kansas, Missouri, Texas, Arizona, and California
    - Practice consumer protection litigation with a focus on:
      - Fair Credit Reporting Act, Fair Debt Collection Practices Act, Fair Credit Billing Act, and state law deceptive trade practice statutes
    - Handled cases at all stages—from client acquisition through settlement
  - Of Counsel (July 2016 - August 2019)
    - Practiced particularly in Texas federal and state courts with an emphasis on cases involving the Texas Deceptive Trade Practice Act
- **Hyde & Swigart** - Minneapolis, MN
  - Managing Attorney (March 2015 - August 2019) - *Merged with Kazerouni Law Group*
    - Opened and developed the Minnesota branch of the firm
    - Managed a high-volume, multi-jurisdictional practice
      - Litigated cases in Minnesota, Michigan, Illinois, Ohio, Texas, California, and Colorado
    - Practiced consumer protection litigation with a focus on:
      - Fair Debt Collection Practices Act, Telephone Consumer Protection Act, Fair Credit Reporting Act, state law deceptive trade practices acts, and Defending consumers in debt collection actions

## Presentations and Articles

- *What Cases to Bring and Where: Standing* – 1.25hr CLE (April 2026)
  - Presented a circuit-by-circuit analysis of standing jurisprudence in FCRA and FDCPA matters
- *Standing Tall or Falling Short? How Federal Courts Measure Art. III Standing* – 1hr CLE (Mar. 2026)
  - Presented on updates in federal standing, focusing on FCRA and FDCPA matters
- *When Expungements Aren't Enough: Credit Reporting Concerns for Renters* – 1hr CLE (Feb. 2026)
  - Presented on credit reporting in landlord/tenant contexts
- *Debt Settlement Companies: Perspectives from Creditors and Consumers* – 1hr CLE (June 2024)
  - Presented on best practices in dealing with debt settlement companies
- *Avoiding Bad Outcomes: How to select and value cases to avoid bad outcomes* – 1hr CLE (May 2023)
  - Presented at a national conference on best practices in FCRA litigation
- *What the Bankruptcy Practitioner Needs to Know about the FDCPA and FCRA* – 2hr CLE (July 2022)
  - Presented an overview, strategies, and case identification for FDCPA and FCRA practice
- *A New Frontier: Consumer Class Actions after Ramirez* - Forum Magazine – Article (Nov. 2021)
  - Authored an article on the impact after *Ramirez* on Art. III standing in federal courts
- *Consumer Law: Recent Trends in Art. III - MSBA Consumer Section* – 1hr CLE (June 2021)
  - Presented on the evolution of courts' analysis of Art. III standing in consumer litigation
- *Ensuring a Fresh Start after Bankruptcy: Credit Reporting - VLN* – Article (Feb. 2020)
  - Authored an article on inaccurate credit reporting and consumer rights under the FCRA
- *FDCPA: Overview and Select Topics - HCBA Creditor/Debtor Section* – 1hr CLE (April 2019)
  - Presented on select topics within FDCPA litigation, including fee petitions
- *New Developments in the TCPA - MSBA Consumer Law Section* – 1hr CLE (Oct. 2018)
  - Presented on the Plaintiff's bar perspective on recent developments in TCPA case law

## Other Legal Experience

- **Ganje Law Offices** - Minneapolis, MN
  - Research and writing attorney (2014 - 2015)
- **Contract Attorney** - Minneapolis, MN
  - Contract and consulting on transactional matters (2015)

## Academia Experience

- **Esqyr** - Minneapolis, MN
  - Co-Founder and Chief Content Creator of bar exam study materials (2015 - 2022)
- **Michigan State University College of Law** - East Lansing, MI
  - Coach students in appellate moot court competitions (Spring 2020 - Present)
- **The Dispute Resolution Institute at Hamline University School of Law** - St. Paul, MN
  - Project administrator and mediation coach (2014 - 2015)

## Education

- **Michigan State University College of Law** - East Lansing, MI
  - Juris Doctor - 2013
- **Michigan State University** - East Lansing, MI
  - B.A. in Political Theory and Constitutional Democracy - 2010
  - B.A. in Philosophy - 2010
- **University of New South Wales** - Sydney, Australia
  - Coursework in government - 2008

## PROFESSIONAL ASSOCIATIONS

- Minnesota State Bar Association Consumer & Creditor Law Section (2019: council member, 2020-2022: co-chair, 2022-2023: secretary, 2023-2025: co-chair, 2025-present: council member)
- Mentor Externship Program at St. Thomas School of Law (2024-present)
- Pro Se Project (2023-present)
- National Association of Consumer Advocates (member 2016-present)
- Debtor-Creditor Section of the Hennepin Country Bar Association (committee member 2016)
- Hennepin County Bar Association (2015-present)
- Minnesota State Bar Association (2015-present)
- Texas State Bar Association (2014-present)
- State Bar of Michigan (2013-present)
- The Dispute Resolution Center (board member 2014-2016)
- Twin Cities Spartans (2015-2025)

## HONORS

- Super Lawyers - Rising Star - (2021-present)
- The Fellows of the American Bar Foundation - Fellow - (2022-present)

## BAR ADMISSIONS

- State of Michigan - 2013
- State of Texas - 2014
- State of Minnesota - 2015
- State of Missouri - 2021
- U.S. District Court, District of Minnesota - 2015
- U.S. District Court, Eastern District of Wisconsin - 2015
- U.S. District Court, Western District of Wisconsin - 2015
- U.S. Court of Appeals, Eighth Circuit - 2016
- U.S. District Court, Eastern District of Texas - 2016
- U.S. District Court, Northern District of Texas - 2017
- U.S. District Court, Eastern District of Michigan - 2017
- U.S. District Court, Western District of Michigan - 2017
- U.S. District Court, District of Colorado - 2017
- U.S. District Court, Northern District of Illinois - 2017
- U.S. Court of Appeals, Sixth Circuit - 2018
- U.S. District Court, Southern District of Indiana - 2019
- U.S. District Court, Eastern District of Missouri - 2020
- U.S. District Court, Central District of Illinois - 2021
- U.S. District Court, Western District of Missouri - 2021
- U.S. District Court, District of Kansas - 2021
- U.S. District Court, Western District of Texas - 2024
- U.S. District Court, Northern District of Indiana - 2026