# EXHIBIT 5

**EXPENSE REPORT**

| Expense: Expense Name | Amount | Paid Date |
|---|---|---|
| Service Fee | $78 | 5/29/2024 |
| Expert Doug Hollon | $3,500 | 3/28/2025 |
| Mediation Fee | $919 | 4/2/2025 |
| Depo of Defendant | $736 | 4/3/2025 |
| Navy Fed Subpoena Service | $46 | 4/4/2025 |
| Subpoena Receipt- NFCU | $62 | 5/7/2025 |
| Expert Depo Transcripts | $814 | 6/6/2025 |
| PHV Application Fee- Bolos | $50 | 7/2/2025 |
| Jenkins Depo Transcripts | $519 | 10/3/2025 |
| Albuerne Depo Transcripts | $606 | 10/3/2025 |
| Expert Hollon Connection Fee Depo | $209 | 10/3/2025 |
| Jenna Reinstatement Fee | $125 | 7/13/2026 |
| Depo Transcripts Trial Copy for Albuerne Jenkins and Hollon | $185 | 7/22/2026 |
| BKF Flight for Trial | $557 | 7/24/2026 |
| JERS flashdrive mailing | $55 | 8/3/2026 |
| [Dakroub] Trial Expenses | $281 | 8/9/2026 |
| Hotel/Client Parking/Conference Room | $9,186 | 8/14/2026 |
| BKF Trial Expenses | $677 | 8/21/2026 |
| Expert Trial Expenses- Doug Hollon | $2,736 | 8/21/2026 |
| Trial Transcripts (Days 1-3) | $1,275 | 8/21/2026 |
| Frohman expenses/reimbursements | $610 | 8/21/2026 |
| Keller expenses/reimbursements | $2,228 | 8/21/2026 |
| Trial Transcripts (closings) | $161 | 8/26/2026 |

| | | |
|---|---|---|
| TOTAL | 22,879 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/Briana Frohman*