# EXHIBIT 7-A

Beth Findsen

| Date | Hours | Description | Rate | Billable |
|---|---|---|---|---|
| 10/14/2024 | 1.5 | Assessed the transferred case file and case status, including the Complaint and Jury Trial Demand, the answer, and the discovery and scheduling posture, upon assignment of the matter following prior counsel Michael Rapp's departure from the firm. | 675 | 1013 |
| 10/15/2024 | 0.7 | Prepared the Joint Motion for Entry of Protective Order and reviewed the entered Protective Order. | 675 | 473 |
| 01/02/2025 | 1.2 | Evaluated whether to proceed with mediation with only the furnisher defendant remaining, and drafted and revised plaintiffs' Confidential Settlement Statement for the magistrate judge, attaching the settlement demand as Exhibit A. | 675 | 810 |
| 01/03/2025 | 0.3 | Conferred with defense counsel regarding selection of a mediator, agreement to proceed with a virtual mediation, the request to extend the mediation-report deadline, and available February mediation dates, and coordinated the proposed dates with the clients. | 675 | 203 |
| 01/06/2025 | 0.2 | Prepared and revised the Joint Oral Motion for Extension of Time to file the mediation notice or confidential settlement reports. | 675 | 135 |
| 01/08/2025 | 0.1 | Reviewed the Order granting the extension to file the mediation notice/confidential settlement report. | 675 | 68 |
| 01/10/2025 | 0.1 | Prepared and filed the Joint Notice of Mediation. | 675 | 68 |
| 01/21/2025 | 0.6 | Prepared plaintiffs' Notice of Deposition for Rent Recovery and topics based upon review of discovery. | 675 | 405 |
| 01/23/2025 | 0.1 | Prepared plaintiffs' Amended Notice of Deposition for Rent Recovery. | 675 | 68 |
| 02/03/2025 | 0.1 | Reviewed Rent Recovery's Notice to Take Deposition of Marcelino Albuerne and communicated with Plaintiff re: same. | 675 | 68 |
| 02/03/2025 | 0.1 | Reviewed Rent Recovery's Notice to Take Deposition of Ruby Jenkins and communicated with Plaintiff re: same. | 675 | 68 |
| 02/10/2025 | 0.1 | Reviewed Rent Recovery's Amended Notice to Take Deposition of Ruby Jenkins. | 675 | 68 |
| 02/25/2025 | 0.1 | Coordinated scheduling of the Rent Recovery 30(b)(6) deposition with defense counsel and the court reporter, working the start time around a conflicting telephonic hearing. | 675 | 68 |
| 02/26/2025 | 0.2 | Prepared and served plaintiffs' 30(b)(6) Notice of Deposition of Rent Recovery Solutions, LLC, drafted topics. | 675 | 135 |
| 02/26/2025 | 0.5 | Analyzed plaintiffs' documents. Directed preparation of the index of documents produced by and to plaintiffs, and reviewed newly obtained documents for supplemental production and directed labeling and supplemental discovery. | 675 | 338 |
| 02/26/2025 | 0.2 | Responded to defense counsel's document request, confirming plaintiffs' prior production of documents 1-453 served with the initial disclosures and re-producing the Navy Federal mortgage-denial letter. | 675 | 135 |
| 03/03/2025 | 4.6 | Prepared a detailed case chronology with links to evidence, spanning September 2022 through October 2024, cataloging dated events with transcribed collection-call excerpts and Rent Recovery discovery-response text. | 675 | 3105 |
| 03/04/2025 | 0.9 | Prepared the "Timeline: Basic Facts and Disputes" procedural summary of the Rent Recovery dispute. | 675 | 608 |
| 03/05/2025 | 0.8 | Prepared the summary of plaintiffs' indirect disputes and Rent Recovery's ACDV responses. | 675 | 540 |
| 03/06/2025 | 1.5 | Compiled the consolidated collection-call transcripts and listened to all eleven call recordings (March-July 2023), and prepared a summary of the recordings, in preparation for the Rent Recovery 30(b)(6) deposition. | 675 | 1013 |
| 03/07/2025 | 0.7 | Finished the final summary and analysis of the collection-call transcripts and other evidence and prepared deposition outline. | 675 | 473 |
| 03/10/2025 | 0.8 | Prepared the plaintiffs' credit-history evolution analysis. | 675 | 540 |
| 03/10/2025 | 0.2 | Prepared the analysis of how and when plaintiffs learned the Rent Recovery tradeline was reporting as a collection account. | 675 | 135 |
| 03/11/2025 | 0.8 | Prepared plaintiff Marcelino Albuerne for his deposition the following day, reviewing the anticipated areas of examination, the key documents, and deposition procedure. | 675 | 540 |
| 03/12/2025 | 2.5 | Defended the deposition of plaintiff Marcelino Albuerne. | 675 | 1688 |
| 03/12/2025 | 0.7 | Corresponded with plaintiffs' expert Douglas Hollon and the paralegal regarding the scope of the parties' document productions, the settlement of the credit reporting agency defendants and the resulting focus on Rent Recovery's answer, written discovery responses, three document productions, and call recordings, the document index then being prepared, and service of the protective order on the expert. | 675 | 473 |
| 03/12/2025 | 0.1 | Confirmed the start time and time-zone logistics for the Rent Recovery 30(b)(6) deposition with defense counsel. | 675 | 68 |
| 03/13/2025 | 1.3 | Reviewed and analyzed Rent Recovery's discovery responses and indexed the parties' document production, including the Â§ 1681s-2(b) liability basis. | 675 | 878 |
| 03/14/2025 | 1.8 | Using the case chronology already created, assembled and reviewed the exhibits for the Coelho 30(b)(6) deposition (Ex. 1-13), including the Rent Recovery compliance/consumer-practice policy, lease, move-out statement, consumer reports, dispute letters, and ACDVs. | 675 | 1215 |
| 03/14/2025 | 2.75 | Prepared the examination outline for the Rent Recovery 30(b)(6) deposition using the chronology and summaries previously created and the exhibits assembled. | 675 | 1856 |
| 03/17/2025 | 4 | Took the 30(b)(6) deposition of Rent Recovery's corporate representative, Christopher Coelho. | 675 | 2700 |
| 03/18/2025 | 0.1 | Corresponded with the paralegal team regarding expediting the Rent Recovery 30(b)(6) transcript so that plaintiffs' expert could incorporate it into his report, and regarding the March 28 expert-designation deadline. | 675 | 68 |
| 03/26/2025 | 0.2 | Addressed delivery of the Rent Recovery 30(b)(6) deposition recording and transcript to plaintiffs' expert for incorporation into his report before the report deadline, including locating the videoconference recording and correcting the capture settings. | 675 | 135 |
| 03/26/2025 | 1.5 | Prepared and revised plaintiffs' Mediation Statement and approved it for transmission to the mediator. | 675 | 1013 |
| 03/26/2025 | 0.9 | Prepared plaintiff Ruby Jenkins for her deposition the following day, reviewing the anticipated areas of examination, the key documents, and deposition procedure. | 675 | 608 |
| 03/27/2025 | 1.7 | Researched PayReady's business, product, and role, generally and as to the Albuerne matter, including its forwarding of plaintiffs' disputes to Montane. | 675 | 1148 |
| 03/27/2025 | 1.9 | Defended the videoconference deposition of plaintiff Ruby Jenkins. | 675 | 1283 |
| 03/28/2025 | 0.3 | Communicated with clients Marcelino Albuerne and Ruby Jenkins regarding the March 31, 2025 mediation, transmitting the videoconference information and a copy of the confidential mediation statement submitted to the mediator. | 675 | 203 |
| 03/31/2025 | 2.5 | Attended the mediation of the Albuerne and Jenkins claims against Rent Recovery Solutions before the mediator by videoconference. | 675 | 1688 |
| 04/02/2025 | 0.2 | Identified the Bates range for plaintiff Ruby Jenkins's dispute letter to Experian within plaintiffs' production and followed up on the outstanding deposition transcript needed for the expert's report. | 675 | 135 |
| 05/08/2025 | 0.1 | Corresponded with defense counsel regarding coordination of dates for Rent Recovery's deposition of plaintiffs' expert Douglas Hollon. | 675 | 68 |
| 05/19/2025 | 0.2 | Reviewed the status of the subpoena served on expert Douglas Hollon, including whether it called for documents requiring review with the expert or written objections, and addressed scheduling of his deposition preparation. | 675 | 135 |
| 05/21/2025 | 3 | Prepared for and defended the deposition of plaintiffs' expert, Douglas A. Hollon. | 675 | 2025 |
| 06/02/2025 | 3 | Researched the Tenth Circuit willfulness standard for statutory and punitive damages on a furnisher's Â§ 1681s-2(b) violation, with examples of the standard met and not met. | 675 | 2025 |
| 06/04/2025 | 0.5 | Reviewed the trial calendar and the district judge's pretrial-conference procedures and proposed to defense counsel a joint motion to stay or continue the pretrial conference and its associated deadlines until after the dispositive-motion deadline. | 675 | 338 |
| 06/06/2025 | 0.5 | Reviewed the status of discovery supplementation and expert disclosures in preparation for summary-judgment briefing. | 675 | 338 |
| 06/06/2025 | 1.1 | Prepared and transmitted the summary-judgment drafting assignment memorandum to the assistant drafting attorney and paralegal, summarizing the Section 1681s-2(b) furnisher theory, the payment and dispute facts, the subpoenaed cashier's check, plaintiffs' damages, the expert's role, and the strategic rationale for an affirmative partial motion, and circulating the case chronology. | 675 | 743 |
| 06/16/2025 | 0.2 | Corresponded with the managing partner, partner, and managing paralegal regarding trial staffing, local counsel, and the pre-pretrial order, dispositive-motion, and pretrial-conference deadlines, and reviewed the Order denying leave to continue the pretrial conference. | 675 | 135 |
| 06/18/2025 | 0.2 | Corresponded and coordinated with local counsel Jenna Dakroub regarding the posture and expected scope of the July 2025 pretrial conference, including that it preceded the dispositive-motion deadline and both parties' anticipated summary-judgment motions. | 675 | 135 |
| 06/29/2025 | 2.1 | Drafted plaintiffs' portions of the proposed Joint Pretrial Order and circulated the draft to co-counsel for internal review with the case chronology, the D. Kan. L.R. 16.2 requirements, and an explanation of the order's pre-dispositive-motion posture. | 675 | 1418 |
| 06/30/2025 | 1.75 | Revised the proposed Joint Pretrial Order to address co-counsel's comments on the Section 1681s-2(b) claim, the proposed stipulations, and the damages allegations, and circulated the revised draft to the managing partner with a case summary and a recommendation to file an affirmative partial summary-judgment motion. | 675 | 1181 |
| 06/30/2025 | 0.5 | Corresponded with the managing partner regarding the stipulated facts on Rent Recovery's claimed investigation and validation of the account, the settlement-activity disclosure required by the court's form order, and the actual and punitive damages to be stated in the pretrial order. | 675 | 338 |
| 06/30/2025 | 0.7 | Finished preparation of and circulated a proposed early draft of the Joint Pretrial Order (stipulated statement of facts and exhibits) for summary-judgment purposes. | 675 | 473 |
| 07/01/2025 | 0.4 | Conducted the required meet-and-confer with defense counsel Jonathan Aust regarding the proposed Joint Pretrial Order and started revisions. | 675 | 270 |
| 07/09/2025 | 0.7 | Reviewed defense counsel's edits to the stipulated statement of facts in the proposed Joint Pretrial Order and telephoned defense counsel to discuss the stipulated exhibits. | 675 | 473 |
| 07/10/2025 | 0.8 | Reviewed defense counsel's redlines to the Joint Pretrial Order and to Rent Recovery's proposed stipulated exhibits, including the re-Bates-numbered confidential production and the unnumbered account notes and call recordings. | 675 | 540 |
| 07/10/2025 | 1.3 | Revised the Joint Pretrial Order to narrow the stipulated facts, removing facts characterizing Rent Recovery's "investigation" and its claimed investigatory acts and limiting plaintiffs' stipulated facts to confirmed calls and dispute letters; moved the remaining facts to plaintiffs' separate statement of facts; cut defendant's policies and procedures from the stipulated exhibits; and circulated successive redlined drafts to defense counsel. | 675 | 878 |
| 07/10/2025 | 0.7 | Corresponded with defense counsel regarding his refusal to accept plaintiffs' edits to the stipulated facts, preserved the reservation that the stipulated summary-judgment exhibits do not concede the universe of trial exhibits, and scheduled a call to resolve the remaining disputes. | 675 | 473 |
| 07/10/2025 | 0.8 | Conferred with the managing partner and partner regarding whether to stipulate to Rent Recovery's characterization of its investigation and to its account notes, and regarding the division between the stipulated facts and the parties' separate statements of fact. | 675 | 540 |
| 07/11/2025 | 0.7 | Conducted the telephone conference with defense counsel resolving the remaining disputed provisions of the Joint Pretrial Order. | 675 | 473 |

| | | | | |
|---|---|---|---|---|
| 07/11/2025 | 0.9 | Conferred with the managing partner and the firm's drafting attorney regarding whether to stipulate to the admissibility of Rent Recovery's dispute-investigation procedures and account notes for summary-judgment purposes, and confirmed that the affirmative motion would be limited to liability with damages reserved for the jury. | 675 | 608 |
| 07/11/2025 | 0.7 | Reviewed the reformatted Joint Pretrial Order, approved the negotiated clause and defense local counsel's edits to the statutory-citation and count-identification sections, and authorized submission of the order to chambers. | 675 | 473 |
| 07/11/2025 | 0.3 | Conferred with the managing partner regarding his comment on the distinction between summary-judgment and trial admissibility in the stipulated-exhibits provision, explained the D. Kan. local-rule pre-pretrial format governing the order, and circulated the final proposed Pretrial Order to co-counsel. | 675 | 203 |
| 07/17/2025 | 0.2 | Corresponded with co-counsel regarding the Court's notice resetting the pretrial conference to July 18, 2025 by videoconference, the case's two-stage pretrial structure, and the allocation of appearances between local counsel and lead counsel. | 675 | 135 |
| 07/18/2025 | 0.5 | Prepared for and appeared at the videoconference pretrial conference before Magistrate Judge Birzer. | 675 | 338 |
| 07/18/2025 | 0.3 | Reported the outcome of the pretrial conference to the case team and recalendared the dispositive-motion deadline, which the Court moved from August 15 to August 29, 2025. | 675 | 203 |
| 08/26/2025 | 2.7 | Researched, drafted, and revised Plaintiffs' draft Motion for Partial Summary Judgment, adding the missing exhibits and correcting the exhibit numbering, and directed the paralegal on adding the Albuerne, Jenkins, and Hollon deposition transcripts as exhibits with pinpoint page-and-line citations and on completing the statement-of-facts citations. | 675 | 1823 |
| 08/27/2025 | 0.6 | Edited motion for summary judgment. Reviewed the paralegal's exhibit numbering for the deposition transcripts (Exs. 27-29) and analyzed the application of D. Kan. Rule 80.1 governing the use and certification of testimonial transcripts filed with the motion. | 675 | 405 |
| 08/29/2025 | 0.1 | Reviewed Rent Recovery's Motion for Summary Judgment and supporting brief on filing, and identified that the motion was captioned as a summary-judgment motion while its supporting brief addressed exclusion of plaintiffs' expert Douglas Hollon. | 675 | 68 |
| 08/29/2025 | 3.8 | Researched, drafted, and filed plaintiffs' Motion for Partial Summary Judgment on FCRA liability and accompanying exhibits cited. | 675 | 2565 |
| 08/29/2025 | 1.9 | Prepared and filed the Appendix in support of plaintiffs' Motion for Partial Summary Judgment, compiling and indexing the 28 supporting exhibits (consumer reports, dispute letters, deposition excerpts, and account records). | 675 | 1283 |
| 08/29/2025 | 1.5 | Reviewed the final draft Motion for Partial Summary Judgment and MSJ Appendix with the redacted exhibits, resolved the remaining exhibit-citation comments, corrected a misattributed exhibit citation in the Jenkins damages section, and approved both for filing. | 675 | 1013 |
| 09/02/2025 | 0.7 | Reviewed and analyzed Rent Recovery's Motion and supporting Memorandum to exclude the expert testimony and report of Douglas Hollon under Rule 702 and Daubert. | 675 | 473 |
| 09/02/2025 | 0.9 | Reviewed and analyzed Rent Recovery's Brief in Support of its Motion for Summary Judgment. | 675 | 608 |
| 09/02/2025 | 0.3 | Planned assignment and initial notes from analysis for the preparation of plaintiffs' responses to Rent Recovery's Motion for Summary Judgment (Docs. 79-82) and Motion to Exclude Hollon (Docs. 83-84), reviewed the D. Kan. Rule 56.1 opposing-brief and page-limit requirements and the 21-day response deadline, and agreed to seek a joint extension of all summary-judgment and Daubert briefing deadlines. | 675 | 203 |
| 09/04/2025 | 0.1 | Requested and coordinated the parties' stipulated two-week extension of the summary-judgment and Daubert-response deadlines from September 19 to October 3, 2025. | 675 | 68 |
| 09/05/2025 | 0.1 | Reviewed Rent Recovery's unopposed Motion for Extension of Time to respond to plaintiffs' Motion for Partial Summary Judgment. | 675 | 68 |
| 09/09/2025 | 0.4 | Reviewed defense counsel's demand that plaintiffs withdraw the damages arguments from their Motion for Partial Summary Judgment based on the pretrial order's "liability only" stipulation. | 675 | 270 |
| 09/23/2025 | 2.1 | Prepared and circulated the pre-drafting memorandum for the opposition to Rent Recovery's Motion for Summary Judgment and Motion to Exclude Hollon, analyzing plaintiffs' multiple direct and indirect disputes, the supplemental evidence Rent Recovery disregarded, and its continued reliance on the stale PayReady note from Montane. | 675 | 1418 |
| 09/23/2025 | 1.9 | Researched and assembled prior orders and briefing addressing Douglas Hollon's admissibility as an FCRA furnisher-procedures expert (Oatway and Wright), and analyzed the scope of opinions permitted and struck in each for use in the Daubert response. | 675 | 1283 |
| 09/23/2025 | 0.9 | Attended the pre-drafting conference with the managing attorney, drafting counsel Nick Hadous, and the paralegal to plan plaintiffs' opposition to Rent Recovery's Motion for Summary Judgment and Motion to Exclude Hollon. | 675 | 608 |
| 09/26/2025 | 1.1 | Analyzed and resolved a dispute with defense counsel over the pretrial order's "liability only" stipulation and the scope of damages arguments in plaintiffs' summary-judgment briefing; conferred with co-counsel on the resolution. | 675 | 743 |
| 09/29/2025 | 3.5 | Drafted and filed plaintiffs' Response in Opposition to Rent Recovery's Motion to Exclude Hollon's expert testimony, defending his qualifications and reliability under Rule 702 and Daubert. | 675 | 2363 |
| 09/30/2025 | 6.8 | Drafted plaintiffs' Response in Opposition to Rent Recovery's Motion for Summary Judgment. | 675 | 4590 |
| 10/01/2025 | 0.8 | Analyzed the Montane email confirming receipt of the cashier's check against Rent Recovery's contradictory account notes for the opposition brief, conferred with co-counsel Nick Hadous on how to present that evidence, and directed the paralegal to cross-reference the statement of facts and exhibits from plaintiffs' partial summary-judgment brief. | 675 | 540 |
| 10/02/2025 | 0.8 | Revised and refined plaintiffs' Response in Opposition to Rent Recovery's Motion for Summary Judgment. | 675 | 540 |
| 10/03/2025 | 0.7 | Reviewed Rent Recovery's Response in Opposition to plaintiffs' Motion for Partial Summary Judgment. | 675 | 473 |
| 10/03/2025 | 1.8 | Reviewed and resolved the paralegal's remaining citation and exhibit questions in the draft Response in Opposition to Rent Recovery's Motion for Summary Judgment and the draft Response to the Motion to Exclude Hollon; edited the summary-judgment response to conform to the 40-page limit; completed the citations to Hollon's expert report; and finalized both briefs and the supporting exhibit for filing. | 675 | 1215 |
| 10/06/2025 | 0.1 | Prepared the Joint Motion for Extension of Time to file the parties' summary-judgment and Daubert replies. | 675 | 68 |
| 10/29/2025 | 2.8 | Drafted, revised, and approved the final Reply in Support of plaintiffs' Motion for Partial Summary Judgment for filing. | 675 | 1890 |
| 10/31/2025 | 0.7 | Reviewed and analyzed Rent Recovery's Reply in Support of its Motion to Exclude Hollon's testimony. Researched cited case law. | 675 | 473 |
| 10/31/2025 | 0.9 | Reviewed and analyzed Rent Recovery's Reply Memorandum in Support of its Motion for Summary Judgment. Researched cited case law. | 675 | 608 |
| 11/05/2025 | 0.5 | Reviewed the Pretrial Order and the Declaration of Yasmin Appawu submitted with Rent Recovery's summary-judgment record. | 675 | 338 |
| 02/25/2026 | 0.6 | Reviewed the Court's Memorandum and Order denying Rent Recovery's Motion for Summary Judgment, granting Plaintiffs' Motion for Partial Summary Judgment on liability, and denying as moot Rent Recovery's Motion to Exclude Hollon's expert testimony. | 675 | 405 |
| 02/25/2026 | 0.2 | Communicated with client Marcelino Albuerne regarding the favorable summary-judgment ruling on liability and next steps toward proving damages. | 675 | 135 |
| 02/25/2026 | 0.2 | Communicated with expert Douglas Hollon regarding the summary-judgment ruling and the resulting mooting of Rent Recovery's motion to exclude his testimony. | 675 | 135 |
| 02/25/2026 | 0.3 | Analyzed and circulated to the firm's attorneys the Memorandum and Order granting plaintiffs' Motion for Partial Summary Judgment, identifying the holding that the investigation was unreasonable as a matter of law and its consistency with the firm's prior Parsell summary-judgment order. | 675 | 203 |
| 03/16/2026 | 0.7 | Prepared for the pretrial conference regarding trial length for the damages and willfulness trial, the absence of a post-summary-judgment demand, defendant's anticipated private-mediation proposal, mediator selection, and required settlement authority. | 675 | 473 |
| 03/16/2026 | 0.8 | Prepared for and appeared at the pretrial conference, running point for plaintiffs on trial setting, trial length, and settlement posture. | 675 | 540 |
| 03/17/2026 | 0.5 | Reviewed the Court's Trial Order and calendared the pretrial and trial deadlines. | 675 | 338 |
| 03/17/2026 | 0.1 | Corresponded internally regarding the Albuerne status conference. | 675 | 68 |
| 03/18/2026 | 0.9 | Compiled case background materials (indirect-dispute/ACDV round-up, plaintiffs' credit-history analysis, and deposition summaries) for a strategy conference call with co-counsel. | 675 | 608 |
| 03/19/2026 | 1.1 | Participated in a strategy conference call with co-counsel Duran Keller and Sylvia Bolos regarding case background, the ACDV/dispute discrepancy, and plaintiffs' deposition testimony. | 675 | 743 |
| 03/20/2026 | 0.5 | Prepared the trial-deadline calendar from the Trial Order, with 7- and 14-day reminders. | 675 | 338 |
| 05/01/2026 | 0.8 | Prepared a topic-organized digest of the Coelho 30(b)(6) deposition. | 675 | 540 |
| 05/26/2026 | 2.1 | Revised the parties' Joint Proposed Jury Instructions, incorporating defense redlines. | 675 | 1418 |
| 06/01/2026 | 0.7 | Researched model set for plaintiffs' proposed jury instructions. | 675 | 473 |
| 06/02/2026 | 0.5 | Prepared a working list of missing and needed FCRA jury instructions. | 675 | 338 |
| 06/14/2026 | 0.5 | Compiled and forwarded prior deposition summaries, phone-call transcript summaries, and case chronology materials to co-counsel Duran Keller for trial preparation. | 675 | 338 |
| 06/15/2026 | 0.9 | Participated in pretrial strategy meeting with co-counsel and paralegal team regarding stipulations on exhibit admissibility, deposition-designation objections, defendant's trial representative, and jury-instruction issues. | 675 | 608 |
| 06/15/2026 | 3 | Prepared trial-preparation notes following the pretrial meeting regarding the Albuerne/Jenkins trial. | 675 | 2025 |
| 06/15/2026 | 1.1 | Reviewed and organized all final filings of trial documents in preparation for the July 13, 2026 pretrial submissions. | 675 | 743 |
| 06/18/2026 | 0.5 | Discussed settlement and Rent Recovery's new ownership with defense counsel Jonathan Aust, and reported the discussion and other research matters to the trial team. | 675 | 338 |
| 06/25/2026 | 0.5 | Reviewed Rent Recovery's Final Witness and Exhibit List. | 675 | 338 |
| 06/28/2026 | 4 | Prepared plaintiffs' proposed jury instructions. | 675 | 2700 |
| 06/29/2026 | 4.3 | Prepared and filed plaintiffs' Proposed Exhibit List (39 exhibits) with Bates references and prior-use status, and compiled a chronological final exhibit list and outline for co-counsel, exhibit selection, and trial use. | 675 | 2903 |
| 06/30/2026 | 1.9 | Prepared and filed plaintiffs' Witness List identifying the nine trial witnesses and their expected testimony. | 675 | 1283 |
| 07/01/2026 | 2.1 | Prepared the deposition summary for the trial outline for Rent Recovery's corporate representative, Christopher Coelho, and for possible deposition designations. | 675 | 1418 |
| 07/08/2026 | 0.7 | Conferred with opposing counsel Jonathan Aust by telephone regarding pretrial deadlines, trial logistics, and related trial mattersand consulted with trial team afterward. | 675 | 473 |
| 07/08/2026 | 0.8 | Met with co-counsel Duran Keller to review and revise the Coelho cross-examination outline. | 675 | 540 |
| 07/09/2026 | 1.6 | Prepared a deposition summary of plaintiff Marcelino Albuerne's testimony. | 675 | 1080 |
| 07/09/2026 | 1.6 | Prepared a deposition summary of plaintiff Ruby Jenkins's testimony. | 675 | 1080 |
| 07/10/2026 | 0.9 | Finalized plaintiffs' Proposed Exhibit List for filing. | 675 | 608 |
| 07/10/2026 | 1.1 | Finalized plaintiffs' Witness List for filing. | 675 | 743 |

| | | | | |
|---|---|---|---|---|
| 07/10/2026 | 3 | Drafted and filed plaintiffs' Motion in Limine to exclude argument or evidence of an "objectively reasonable interpretation" (Safeco) defense. | 675 | 2025 |
| 07/10/2026 | 3 | Reviewed, cite checked, finalized and filed plaintiffs' Motion in Limine to exclude testimony, argument, and evidence that plaintiffs were required to mitigate their damages or to do more to trigger Rent Recovery's statutory duties. | 675 | 2025 |
| 07/10/2026 | 1.6 | Prepared deposition designations for the Rent Recovery 30(b)(6) (Coelho) testimony in the event the parties could not secure Rent Recovery's agreement to produce its corporate representative live at trial. | 675 | 1080 |
| 07/10/2026 | 1.6 | Prepared a deposition summary of expert Douglas Hollon's testimony. | 675 | 1080 |
| 07/11/2026 | 2.5 | Reviewed, revised, cite checked, finalized and filed plaintiffs' Motion in Limine to exclude any undisclosed advice-of-counsel or attorney-approval defense. | 675 | 1688 |
| 07/11/2026 | 0.8 | Reviewed, revised, cite checked, finalized and filed plaintiffs' Motion in Limine to exclude testimony, argument, and evidence concerning attorneys' fees and costs, insurance, and collectability. | 675 | 540 |
| 07/13/2026 | 0.4 | Reviewed, edited, finalized, and filed plaintiffs' Statement regarding Separate Submissions under D. Kan. Rule 51.1, prepared by co-counsel Duran Keller, who conducted the conferral with defense counsel and drafted the explanation of the parties' conferral history and separate submissions. | 675 | 270 |
| 07/13/2026 | 0.8 | Prepared the Declaration of Counsel and supporting exhibits (email correspondence) documenting efforts to confer on pretrial stipulations of exhibits, witnesses, and designations. | 675 | 540 |
| 07/13/2026 | 1.5 | Finalized plaintiffs' Proposed Jury Instructions for filing. | 675 | 1013 |
| 07/13/2026 | 0.3 | Finalized plaintiffs' deposition designations for filing. | 675 | 203 |
| 07/13/2026 | 1.9 | Prepared affirmative deposition designations (by page and line) for the Coelho 30(b)(6) deposition based on prior work, the trial timeline, and the deposition summary and chronologies already prepared. | 675 | 1283 |
| 07/13/2026 | 2.1 | Reviewed, revised, researched, cite checked, finalized and filed plaintiffs' Motion in Limine to limit the testimony of Rent Recovery's corporate witnesses and to exclude hearsay, speculation, undisclosed investigation, and post-hoc explanation. | 675 | 1418 |
| 07/13/2026 | 0.7 | Drafted and filed plaintiffs' Motion in Limine to exclude argument or evidence that medical records, expert testimony, or other documentary proof is required to recover emotional-distress damages. | 675 | 473 |
| 07/16/2026 | 0.8 | Reviewed Rent Recovery's Objections to plaintiffs' proposed and amended Jury Instructions and Verdict Form. | 675 | 540 |
| 07/16/2026 | 0.5 | Reviewed Rent Recovery's Objections to plaintiffs' Exhibit List. | 675 | 338 |
| 07/16/2026 | 1.5 | Reviewed, analyzed and researched Rent Recovery's Motion in Limine and supporting Memorandum seeking to exclude credit reports and dispute letters unrelated to the three adjudicated disputes. | 675 | 1013 |
| 07/17/2026 | 1.5 | Prepared plaintiffs' Objections to Rent Recovery's deposition designations, including the objection that its 30(b)(6) representative must testify live, as argued in separate trial briefs by Plaintiffs. | 675 | 1013 |
| 07/17/2026 | 1.5 | Prepared plaintiffs' Objections to Rent Recovery's Proposed Jury Instructions. | 675 | 1013 |
| 07/17/2026 | 0.9 | Prepared plaintiffs' Objections to Rent Recovery's Exhibit List. | 675 | 608 |
| 07/17/2026 | 0.5 | Researched, communicated with trial team and prepared plaintiffs' Objections to Rent Recovery's Proposed Verdict Form. | 675 | 338 |
| 07/17/2026 | 0.1 | Reviewed the Order granting Duran Keller's admission pro hac vice. | 675 | 68 |
| 07/20/2026 | 1.5 | Reviewed Rent Recovery's Omnibus Brief in response to plaintiffs' Motions in Limine (Docs. 125-131). | 675 | 1013 |
| 07/20/2026 | 0.8 | Reviewed Rent Recovery's Proposed Jury Instructions and prepared comparator for Plaintiffs' proposed jury instructions. | 675 | 540 |
| 07/20/2026 | 0.5 | Reviewed Rent Recovery's Proposed Verdict Form. | 675 | 338 |
| 07/20/2026 | 0.3 | Telephone call with client Ruby Jenkins regarding trial preparation. | 675 | 203 |
| 07/20/2026 | 0.5 | Telephone conference with co-counsel Duran Keller and client Marcelino Albuerne regarding trial preparation. | 675 | 338 |
| 07/20/2026 | 0.4 | Corresponded with opposing counsel Jonathan Aust on pre-trial deadlines, exhibit stipulations, witness lists, and jury instructions. | 675 | 270 |
| 07/22/2026 | 0.4 | Reviewed, analyzed, and corresponded re the Court's Order striking the parties' proposed jury instructions and verdict forms for noncompliance with the joint-submission requirement. | 675 | 270 |
| 07/22/2026 | 0.7 | Conferred with co-counsel Duran Keller regarding the substance of Plaintiffs' request for a joint pretrial conference, including the preclusive effect of the summary-judgment order on liability, the scope of willfulness and damages, the Safeco objectively-reasonable-interpretation issue, attribution of fault to the credit reporting agencies and other nonparties, the advice-of-counsel issue, disputed jury instructions, and deposition designations and objections. | 675 | 473 |
| 07/23/2026 | 1.9 | Reviewed, revised and organized plaintiffs' Amended Proposed Jury Instructions following the Court's order directing the parties to confer and resubmit. Communicated with opposing counsel regarding same and compiled a list of joint exhibits and joint instructions, to contrast with issues outstanding for the court. | 675 | 1283 |
| 07/23/2026 | 0.6 | Drafted and revised Plaintiffs' Motion Requesting a Joint Pretrial Conference. Communicated with opposing counsel regarding same. | 675 | 405 |
| 07/23/2026 | 0.3 | Reviewed the updated pretrial task list and the July 27, 2026 filing deadlines and coordinated with co-counsel on voir dire questions, witness assignments, and expert travel. | 675 | 203 |
| 07/23/2026 | 0.5 | Reviewed co-counsel's draft Motion for a Final Pretrial Conference and the proposed conferral email to defense counsel, and incorporated the additional punitive-damages instruction into plaintiffs' proposed jury instructions before circulating them under the Court's July 22, 2026 conferral order. | 675 | 338 |
| 07/24/2026 | 0.5 | Reviewed Rent Recovery's position on plaintiffs' proposed jury instructions and verdict form and its conditions for filing a joint motion for a pretrial conference. | 675 | 338 |
| 07/25/2026 | 1.1 | Prepared plaintiffs' Proposed Verdict Form. | 675 | 743 |
| 07/26/2026 | 1.5 | Prepared and filed plaintiffs' Proposed Voir Dire Questions. | 675 | 1013 |
| 07/27/2026 | 0.5 | Corresponded with co-counsel regarding trial witness order and voir dire questions. | 675 | 338 |
| 07/27/2026 | 0.5 | Reviewed and analyzed case law in the draft Opposition to Rent Recovery's Motion in Limine and coordinated with co-counsel on finalizing it together with the other filings due that day, including the joint and separate proposed jury instructions and verdict forms and the objections and counter-designations to defendant's deposition designations. | 675 | 338 |
| 07/27/2026 | 2.1 | Revised, supplemented, researched and corrected plaintiffs' Memorandum in Opposition to Rent Recovery's Omnibus Motion in Limine to conform to the 15-page limit, incorporated co-counsel's revision to the Rule 807 notice paragraph concerning the Navy Federal letter, and finalized the memorandum for filing. | 675 | 1418 |
| 07/28/2026 | 0.5 | Reviewed and responded to the pretrial task list circulated by the managing paralegal and co-counsel, covering the joint statement of the case, objections to voir dire and to defendant's proposed jury instructions, the pretrial-conference request, the trial brief, and the impeachment and demonstrative exhibits. | 675 | 338 |
| 07/28/2026 | 0.5 | Assigned and framed the trial brief due August 3, 2026, summarizing for the drafting team the dispute over Rent Recovery's commitment to produce its corporate representative live at trial and the email record of plaintiffs' reliance on that commitment in forgoing deposition designations. | 675 | 338 |
| 07/28/2026 | 0.2 | Telephone call with defense counsel John Bedard regarding the upcoming trial and possible settlement. | 675 | 135 |
| 07/29/2026 | 1.5 | Reviewed, revised, and reformatted the motion to enforce Rent Recovery's agreement to produce its corporate representative live at trial, and drafted the supporting declaration and attachments; the motion was held rather than filed after Rent Recovery confirmed the witness's availability. | 675 | 1013 |
| 07/29/2026 | 0.7 | Prepared a preliminary lodestar estimate of plaintiffs' attorney time by task category (depositions, mediation, discovery, chronology, pretrial preparation, cross-motions for summary judgment, and the joint pretrial brief) for co-counsel. | 675 | 473 |
| 07/30/2026 | 0.3 | Reviewed the Court's Order on Rent Recovery's deposition designations (denied as cumulative, subject to renewal if a witness failed to appear). | 675 | 203 |
| 07/30/2026 | 0.5 | Phone call and discussion with consumer attorney colleague regarding Rent Recovery's pattern and practice in other litigation. | 675 | 338 |
| 07/31/2026 | 0.8 | Reviewed Rent Recovery's Motion to Strike plaintiffs' Witness List and alternative Motion in Limine to exclude Hollon, and the supporting brief. | 675 | 540 |
| 07/31/2026 | 1.5 | Researched the Tenth Circuit willfulness standard for statutory and punitive damages (supplemental research for trial). | 675 | 1013 |
| 07/31/2026 | 0.4 | Audited the status of the parties' joint proposed jury instructions following the Court's order striking the prior submissions, confirming which set defense counsel had agreed to and whether the agreed joint set had been filed. | 675 | 270 |
| 08/01/2026 | 0.4 | Telephone call with client Ruby Jenkins regarding pretrial preparation. | 675 | 270 |
| 08/01/2026 | 0.9 | Revised and supplemented co-counsel Duran Keller's draft trial direct-examination outline for plaintiff Ruby Jenkins, adding Ruby-specific facts and testimony and identifying supporting exhibits from prior work with the client, in preparation for conducting her direct examination. | 675 | 608 |
| 08/01/2026 | 1.9 | Prepared plaintiffs' portion of the trial examination outline and supporting notes for expert Douglas Hollon, coordinating with co-counsel Duran Keller on the division of the examination. | 675 | 1283 |
| 08/02/2026 | 2.1 | Analyzed Tenth Circuit authority on emotional-distress damages, including Ward v. National Credit Systems (D. Colo.) (no remittitur of jury verdict). | 675 | 1418 |
| 08/02/2026 | 1.4 | Prepared analysis of willfulness and pattern-and-practice evidence for the damages case at trial. | 675 | 945 |
| 08/02/2026 | 1.1 | Conferred with co-counsel Duran Keller and prepared support for presenting Marcelino Albuerne as a Rule 701 lay witness on his credit harm. | 675 | 743 |
| 08/02/2026 | 1.5 | Assembled and reviewed supporting case authority (Ward v. National Credit Systems; McGhee v. Rent Recovery Solutions; Maccagnan v. Cherry Creek School District No. 5). | 675 | 1013 |
| 08/02/2026 | 0.5 | Corresponded internally regarding ACDVs, dispute responses, and trial strategy. | 675 | 338 |
| 08/02/2026 | 0.8 | Communicated with clients Marcelino Albuerne and Ruby Jenkins regarding the trial date and trial preparation. | 675 | 540 |
| 08/02/2026 | 2.5 | Prepared the correlated timeline linking credit-reporting events, relocations, and the breakdown of plaintiffs' marriage. | 675 | 1688 |
| 08/02/2026 | 4 | Prepared the exhibit-by-exhibit evidentiary admissibility analysis of plaintiffs' disputed trial exhibits. | 675 | 2700 |
| 08/03/2026 | 0.7 | Reviewed Rent Recovery's Objections to plaintiffs' Voir Dire Questions. | 675 | 473 |
| 08/03/2026 | 0.8 | Prepared plaintiffs' portion of the Joint Statement of the Case. | 675 | 540 |
| 08/03/2026 | 1.5 | Prepared plaintiffs' Objections to Rent Recovery's resubmitted Jury Instructions and Verdict Form. | 675 | 1013 |
| 08/03/2026 | 5 | Prepared the detailed cross-referenced trial chronology tying events to exhibits and testimony. | 675 | 3375 |
| 08/03/2026 | 1.8 | Revised, added to, researched, cite-checked, and finalized Plaintiffs' Trial Brief on damages and willfulness for filing. | 675 | 1215 |

| | | | | |
|---|---|---|---|---|
| 08/03/2026 | 1.04 | Adapted lead counsel Duran Keller's furnisher-FCRA admissibility briefing and charted plaintiffs' exhibits with the Rules of Evidence for admissibility challenges to prepare and file Plaintiffs' Trial Brief on admissibility (FRE 801/803) of consumer reports and third-party communications. | 675 | 702 |
| 08/04/2026 | 1.5 | Prepared the Rent Recovery business and net-worth overview (company investigator report) for the willfulness and punitive damages case. | 675 | 1013 |
| 08/04/2026 | 1.5 | Reviewed, analyzed, and researched Rent Recovery's Trial Brief. | 675 | 1013 |
| 08/04/2026 | 1.9 | Reviewed the eleven collection-call transcripts again to select the call exhibits for trial, highlighting the key passages and preparing a call-by-call outcome summary identifying the most probative calls on the consumer's disputes, his consistency, and his credit-related distress. | 675 | 1283 |
| 08/05/2026 | 1.5 | Prepared the trial demonstrative exhibits, including a phone-call presentation with callouts synchronized to the call audio and a chronology design chart, and circulated them to co-counsel and the trial paralegal for testing. Reviewed with trial team. | 675 | 1013 |
| 08/06/2026 | 0.5 | Reviewed the Court's Memorandum and Order granting the motion to exclude Hollon from testifying at trial. | 675 | 338 |
| 08/06/2026 | 2.5 | Reviewed, revised, researched plaintiffs' Motion for Reconsideration and supporting Memorandum of the order excluding Hollon. | 675 | 1688 |
| 08/06/2026 | 0.8 | Prepared the Findsen Declaration in support of the Motion for Reconsideration, explaining the clerical omission of Hollon from the final witness list. | 675 | 540 |
| 08/06/2026 | 0.3 | Reviewed the Experian ACDV for plaintiff Ruby Jenkins and designated it (EXP-Jenkins-000055) as a trial exhibit. | 675 | 203 |
| 08/06/2026 | 0.5 | Participated in the courtroom technology test in preparation for trial. | 675 | 338 |
| 08/06/2026 | 0.3 | Directed the immediate preparation of a motion for reconsideration of the order excluding plaintiffs' expert, coordinating use of the firm's existing briefing on the issue. | 675 | 203 |
| 08/07/2026 | 2.5 | Researched Kansas state law, 10th Circuit case law, and national FCRA case law, and analyzed, and compiled case law buttressing and fortifying plaintiffs' proposed eggshell-plaintiff / thin-skull jury instruction. | 675 | 1688 |
| 08/07/2026 | 1.5 | Consulted with co-counsel Duran Keller and based on those discussions, prepared a Gore-proofing framework for the punitive-damages award at trial. | 675 | 1013 |
| 08/07/2026 | 0.5 | Reviewed the Court's Order denying the Motion for Reconsideration. | 675 | 338 |
| 08/07/2026 | 0.9 | Prepared plaintiffs' contribution to the Amended Joint Exhibit List. | 675 | 608 |
| 08/07/2026 | 2.3 | Met with client Ruby Jenkins in preparation for trial and for her direct examination. Detailed questioning from co-counsel Duran Keller and plaintiff and follow up mock examination questions. Refreshed Ruby Jenkins on exhibits. | 675 | 1553 |
| 08/08/2026 | 2.1 | Researched and compiled Rent Recovery's prior defenses and discovery responses with the corresponding "same conduct" cross-examination lines, dispositions, and type-of-harm summaries, and circulated the final version to co-counsel for the Coelho cross-examination. | 675 | 1418 |
| 08/08/2026 | 3.2 | Met with client Marcelino Albuerne in preparation for trial and for his direct examination. Assisted Duran Keller with mock questioning and providing audience and feedback for points of issue. Organized and compiled exhibits for chronology of testimony for plaintiff. | 675 | 2160 |
| 08/09/2026 | 1.1 | Reviewed Duran Keller's draft of the trial direct-examination outline for plaintiff Ruby Jenkins, revised, and circulated the operative version to the trial team. Reviewed with Ruby Jenkins. | 675 | 743 |
| 08/09/2026 | 0.9 | Researched and analyzed Judge Julie A. Robinson's fee-award decisions (Fox v. Pittsburg State University, King v. Fleming, and Bahnmaier v. Wichita State University), summarizing her lodestar methodology, documentation and billing-judgment requirements, and treatment of clerical and background-research time, in anticipation of the fee application. | 675 | 608 |
| 08/09/2026 | 0.7 | Reviewed Rent Recovery's responses to plaintiffs' requests for production and interrogatories concerning its financial condition and forwarded them to co-counsel for the punitive-damages presentation at trial. | 675 | 473 |
| 08/09/2026 | 0.8 | Analyzed Maccagnan v. Cherry Creek School District (10th Cir. 2026) on the denial of a motion in limine and the effect-on-the-listener non-hearsay exception under Federal Rules of Evidence 801(c), 802, and 403, for use on plaintiffs' trial evidentiary objections. | 675 | 540 |
| 08/09/2026 | 1.2 | Participated in lead trial counsel Duran Keller's mock presentation of opening statement; provided feedback concerning factual accuracy. | 675 | 0 |
| 08/09/2026 | 1.9 | Researched prospective jurors and publicly available information concerning the venire in preparation for jury selection; conferred with trial team concerning research results. | 675 | 1283 |
| 08/09/2026 | 0.8 | Participated in lead trial counsel Duran Keller's mock presentation of opening statement; provided feedback concerning factual accuracy, along with Jenna Dakroub and trial paralegal Brianna Frohman. | 675 | 0 |
| 08/09/2026 | 2.1 | Tracked down Rent Recovery's prior deposition transcripts from McGhee v. Rent Recovery Solutions for preparation of the examination of Christopher Coelho and for the impeachment exhibit folder, and pinpointed citations from Brian Kimm's testimony and Coelho's prior testimony in McGhee for use at trial. | 675 | 1418 |
| 08/10/2026 | 0.5 | Reviewed the Court's Order granting in part and denying in part the parties' Motions in Limine. | 675 | 338 |
| 08/10/2026 | 9 | Trial Day 1: Attended the jury trial before Judge Robinson, including argument on the motions in limine taken up on the record, jury selection and voir dire, plaintiffs' opening statement, and co-counsel Duran Keller's direct examination of Rent Recovery's corporate representative Christopher Coelho; took contemporaneous notes and tracked testimony, exhibits, and rulings; and provided trial-team support. | 675 | 6075 |
| 08/10/2026 | 1.9 | Researched Tenth Circuit managing-agent authority under Rules 30(b)(1), 32(a)(3), and 45 (Stearns v. Paccar; Young & Associates v. Delta Air Lines; Cargill v. Leak; Bays Exploration; Preston v. Marathon Oil), analyzing the four-factor test, the function-over-title rule, and the burden and timing of the showing, and prepared the analysis for a trial pocket brief. | 675 | 1283 |
| 08/10/2026 | 2.1 | Researched and prepared the analysis supporting use of the McGhee 30(b)(6) deposition of Rent Recovery's designee Kimm as a party admission to impeach Coelho at trial (Fed. R. Evid. 801(d)(2); Stearns v. Paccar; Vehicle Market Research v. Mitchell International; Butterfly-Biles; Donehue v. Apache) and circulated to co-counsel. | 675 | 1418 |
| 08/10/2026 | 0.4 | Prepared the effect-on-the-listener / non-hearsay analysis under Federal Rules of Evidence 801(c) and 803(3) for real-time evidentiary objections during Rent Recovery's corporate-representative testimony. | 675 | 270 |
| 08/11/2026 | 1.9 | Conferred with Duran Keller and researched and partially drafted the supplemental pocket brief on barring attorney-witness conferral with an adverse party witness called by plaintiffs during an overnight trial recess. | 675 | 1283 |
| 08/11/2026 | 8 | Day 2 Trial: Attend continued presentation of Plaintiffs' case-in-chief, including examination of Marcelino Albuerne; take contemporaneous notes and track testimony, exhibits, evidentiary rulings, and matters requiring follow-up. | 675 | 5400 |
| 08/11/2026 | 0.5 | Refined the party-admission framing of the Kimm 30(b)(6) testimony to proceed under the evidence rules rather than Rule 32(a)(3) in order to avoid the Seabron limitation. | 675 | 338 |
| 08/11/2026 | 0.9 | Reviewed and annotated the McGhee magistrate's report and recommendation identifying Rent Recovery's reckless conduct and absence of safeguards and circulated the highlighted order to the trial team. | 675 | 608 |
| 08/11/2026 | 1.1 | Prepared a digest of plaintiff Ruby Jenkins's deposition testimony regarding the hand delivery of the cashier's check at the Montane leasing office and the three witnesses present and reviewed it with the client in preparation for her trial testimony. | 675 | 743 |
| 08/12/2026 | 9 | Trial Day 3: Prepared and conducted the direct examination of plaintiff Ruby Jenkins; attended the remainder of plaintiffs' case, including co-counsel Duran Keller's cross-examination of Yasmin Appawu; took contemporaneous notes and tracked testimony, exhibits, and rulings; and participated in the jury-instruction conference held outside the presence of the jury. | 675 | 6075 |
| 08/12/2026 | 0.9 | Researched, reviewed, and revised plaintiffs' Motion to Permit Limited Rebuttal Testimony of Douglas Hollon in response to industry-standard opinions offered by defendant's corporate representative at trial. | 675 | 608 |
| 08/12/2026 | 0.4 | Researched Tenth Circuit authority on the sufficiency of a plaintiff's own testimony to support emotional-distress damages, in preparation for the damages portion of plaintiffs' closing argument. | 675 | 270 |
| 08/13/2026 | 0.3 | Reviewed the Court's Order denying the Motion to Permit Limited Rebuttal Testimony of Hollon. | 675 | 203 |
| 08/13/2026 | 6 | Trial Day 4: Attended the reading of the jury instructions and co-counsel Duran Keller's closing argument and rebuttal; reviewed the final jury instructions and verdict materials; took contemporaneous notes during closing arguments. | 675 | 4050 |
| 08/13/2026 | 0.7 | Conducted legal research for the punitive-damages closing framework mapped to the BMW v. Gore guideposts for plaintiffs' closing argument. | 675 | 473 |
| 08/14/2026 | 3 | Trial Day 5 (half day): Attended continued jury deliberations and the return of the verdict; the jury found in favor of plaintiffs, awarding each plaintiff $150,000 in actual damages and $500,000 in punitive damages. | 675 | 2025 |
| 08/14/2026 | 2.1 | Researched Tenth Circuit FCRA jury-verdict and damages authority (Zamora v. Valley Federal Savings & Loan; Birmingham v. Experian; Llewellyn v. Allstate Home Loans; Apodaca v. Discover Financial Services) on the willfulness standard, the shock-the-conscience review of verdict size, and the sufficiency of a plaintiff's own testimony to establish emotional distress; reviewed the Tenth Circuit FCRA and FDCPA verdict reports and analyzed their limitations. | 675 | 1418 |
| 08/14/2026 | 0.8 | Reviewed the jury instructions as given, the jury's verdict, and the Judgment entered in plaintiffs' favor. | 675 | 540 |
| | | | | |
| TOTAL | 293.2 | | | 197,937 |