# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARCELINO ALBUERNE and
RUBY JENKINS,

Plaintiffs,

Case No. 5:24-cv-04043-JAR

v.

RENT RECOVERY SOLUTIONS, LLC,

Defendant.

**DECLARATION OF BRIANNA FROHMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND RELATED EXPENSES**

1. I am a Managing Paralegal at Consumer Justice Law Firm, a consumer protection firm based in Scottsdale, Arizona.
2. I have been employed as a paralegal in consumer-protection litigation, such as FCRA, FDCPA, and EFTA since July 2020.
3. Before my paralegal career, I was employed as a probation case counselor for the City of Tempe.
4. I earned a Bachelor of Social Work from Arizona State University.
5. This year, my trial jury-trial experience includes the following matters in which I served as trial paralegal

***Albuerne/Jenkins v. Rent Recovery*, 5:24-cv-4043 (D. Kan., 8/14/26)** – $1.3 million jury verdict in FCRA case.

***Cornelius in February, District of New Mexico****;*

***Garcia Delgado, Texas;***

***Robinson v. Tower, District of Delaware.***

6. I have handled multiple cases across state and federal courts, including a handful of trials. Each trial required the development of witness testimony, resolution of contested issues, proof of personal harm, and presentation of the case to a jury.

7. In my role of Managing Paralegal, I oversee the paralegal and attorney team litigating all firm cases. I often audit case deadlines and assist paralegals with drafting and managing their deadlines.
8. I was asked to fully join this case after summary judgment to lead deadline management and presentation of the trial against Rent Recovery.
9. Exhibit 8-A contains my time entries through August 28, 2026. The current schedule records 103.6 hours and seeks compensation for 80.8 hours at $190 per hour, or $15,352; 22.8 hours are priced at zero.
10. The request concerns this action and related fee work, not work for other clients or work solely concerning dismissed defendants.
11. I exercised billing judgment both when recording time and when reviewing the schedule. I did not record every task I performed and do not assign a speculative number to that unrecorded time. I eliminated time I concluded should not be sought in real time, reduced certain entries below the time actually expended, excluded unrelated work performed during travel, and reduced pure travel time.
12. I provided substantive trial-paralegal support, including locating evidence and prior testimony, maintaining witness-specific materials, assistance with juror research, and operating the presentation system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 25, 2026.

/s/ Brianna Frohman
Brianna Frohman