# EXHIBIT 8-A

= waive

Brianna Frohman

| Date | Hours | Description | Rate | Billable |
|---|---|---|---|---|
| 6/23/25 | 1.0 | review of initial pretrial deadlines; calendar deadlines, confirm trial team aware of deadlines | 190.00 | $190.00 |
| 4/2/26 | 4.0 | review of new pretrial deadlines, confirm trial team aware of deadlines, and draft of initial copies of pretrial documents | 190.00 | $760.00 |
| 7/1/26 | 0.5 | pretrial meeting with attorneys, review drafts, review documents to determine exhibits, review witnesses, discuss possibility of subpoenas, review potential deposition designations | 190.00 | $95.00 |
| 7/13/26 | 8.0 | Assist trial counsel with intensive pretrial preparation, including organization and retrieval of trial exhibits and deposition materials; update witness, exhibit, instruction, and designation materials as revised by counsel; prepare and maintain electronic and hard-copy trial materials; locate record evidence during counsel's preparation sessions; and implement revisions to trial documents and evidentiary materials. | 190.00 | $1,520.00 |
| 7/13/26 | 0.2 | Review Plaintiffs' Explanation of Separate Jury Instructions submission and exhibits for compliance with judge and local rules, format and prepare to file. | 190.00 | $38.00 |
| 7/13/26 | 0.2 | Review Plaintiffs' Witness List for compliance with judge and local rules, format and prepare to file. | 190.00 | $38.00 |
| 7/13/26 | 0.2 | Review Plaintiffs' Exhibit List for compliance with judge and local rules, format and prepare to file. | 190.00 | $38.00 |
| 7/13/26 | 0.2 | Review Plaintiffs' Initial Proposed Jury Instructions for compliance with judge and local rules, format and prepare to file. | 190.00 | $38.00 |
| 7/13/26 | 0.2 | Review Plaintiffs' Initial Proposed Verdict Forms for compliance with judge and local rules, format and prepare to file. | 190.00 | $38.00 |
| 7/14/26 | 0.5 | File Plaintiffs' intial pretrial documents after failed attempt/email submission day prior. | 190.00 | $0.00 |
| 7/16/26 | 0.2 | Review Plaintiffs' Amended Proposed Jury Instructions for compliance with judge and local rules, format and file. | 190.00 | $38.00 |
| 7/20/26 | 1.5 | Review Plaintiffs' seven (7) MILs for compliance with judge and local rules, format and file. | 190.00 | $285.00 |
| 7/21/26 | 0.2 | Review Plaintiffs' objections to Defendant's proposed Verdict Form for compliance with judge and local rules, format and file. | 190.00 | $38.00 |
| 7/22/26 | 0.2 | Review Plaintiffs' objections to Defendant's proposed jury instructions for compliance with judge and local rules, format and file. | 190.00 | $38.00 |
| 7/23/26 | 0.5 | Review of court and local rules to draft and file pro hac vice application for trial counsel Duran Keller. | 190.00 | $95.00 |
| 7/23/26 | 0.2 | Review Plaintiffs' Objections to Defendant's exhibit list for compliance with judge and local rules, format and file. | 190.00 | $38.00 |
| 7/24/26 | 0.2 | Review Plaintiffs' objections to Defendant's deposition designations for compliance with judge and local rules, format and file. | 190.00 | $38.00 |
| 7/24/26 | 0.2 | Call and email to client Jenkins re travel arrangements for trial | 190.00 | $38.00 |
| 7/24/26 | 0.2 | Call and email to client Albuerne re travel arrangements for trial | 190.00 | $38.00 |
| 7/24/26 | 0.2 | Call to Doug Hollon re travel arrangements for trial | 190.00 | $38.00 |
| 7/27/26 | 0.3 | Mark and name exhibits per court's instruction, prepare and mail Flashdrive to court per court's instruction. | 190.00 | $0.00 |
| 7/27/26 | 0.2 | Review Plaintiffs' proposed Voir Dire for compliance with judge and local rules, format and file. | 190.00 | $38.00 |
| 7/28/26 | 0.2 | Review Plaintiffs' proposed verdict form for compliance with judge and local rules, format and file. | 190.00 | $38.00 |
| 7/29/26 | 0.2 | Review Plaintiffs' Amended Jury Instructions for compliance with judge and local rules, format and file. | 190.00 | $38.00 |
| 7/30/26 | 0.2 | Review Joint Proposed Jury Instructions for compliance with judge and local rules, format and file. | 190.00 | $38.00 |
| 7/30/26 | 0.2 | Review Plaintiffs' Opposition to Defendant's MILs for compliance with judge and local rules, format and file. | 190.00 | $38.00 |
| 7/31/26 | 0.2 | Review Plaintiffs' Amended Witness List for compliance with judge and local rules, format and file. | 190.00 | $38.00 |
| 8/3/26 | 0.2 | Review Plaintiffs' Trial Brief for compliance with judge and local rules, format and file. | 190.00 | $38.00 |
| 8/4/26 | 0.2 | Review Plaintiffs' Objections to Defendant's proposed Jury Instructions and Verdict Form for compliance with judge and local rules, format and file. | 190.00 | $38.00 |
| 8/5/26 | 0.2 | Review Joint Statement of the Case for compliance with judge and local rules, format and file. | 190.00 | $38.00 |
| 8/6/26 | 6.0 | Travel to Kansas City | 190.00 | $0.00 |
| 8/6/26 | 0.5 | Courthouse technology test; test trial software for compatibility with courthouse electronics to present exhibits including audio presentation. Courthouse orientation. | 190.00 | $95.00 |
| 8/6/26 | 0.2 | Review Motion for Reconsideration for compliance with judge and local rules, format and file. | 190.00 | $38.00 |
| 8/7/26 | 8.0 | Provide trial-paralegal support during final trial preparation; organize and retrieve exhibits and deposition excerpts during mock examinations; update electronic trial presentation and witness-specific materials based on counsel's revisions; locate impeachment and recollection materials in real time; maintain trial exhibit/document organization; and assist with testing demonstratives and courtroom presentation. | 190.00 | $1,520.00 |
| 8/7/26 | 4.0 | Support counsel during Ruby Jenkins witness-preparation session by retrieving and displaying exhibits and prior testimony; take contemporaneous notes of factual and document issues requiring follow-up; identify and organize materials referenced during mock examination; and implement resulting revisions to witness-specific trial materials. | 190.00 | $0.00 |
| 8/8/26 | 8.0 | Provide trial-paralegal support during final trial preparation; organize and retrieve exhibits and deposition excerpts during mock examinations; update electronic trial presentation and witness-specific materials based on counsel's revisions; locate impeachment and recollection materials in real time; maintain trial exhibit/document organization; and assist with testing demonstratives and courtroom presentation. | 190.00 | $1,520.00 |
| 8/8/26 | 4.0 | Support counsel during Marcelino Albuerne witness-preparation session by retrieving and displaying exhibits and prior testimony; take contemporaneous notes of factual and document issues requiring follow-up; identify and organize materials referenced during mock examination; and implement resulting revisions to witness-specific trial materials. | 190.00 | $0.00 |
| 8/9/26 | 8.0 | Provide trial-paralegal support during final trial preparation; organize and retrieve exhibits and deposition excerpts during mock examinations; update electronic trial presentation and witness-specific materials based on counsel's revisions; locate impeachment and recollection materials in real time; maintain trial exhibit/document organization; and assist with testing demonstratives and courtroom presentation. | 190.00 | $1,520.00 |
| 8/9/26 | 2.0 | Print impeachment/recollection materials | 190.00 | $0.00 |
| 8/9/26 | 0.2 | Prepare, file, and email amended joint exhibit list/ stipulated exhibit list to courtroom deputy Sarah Spegal. | 190.00 | $38.00 |
| 8/9/26 | 2.0 | Research of potential jurors, provide detailed information to attorneys to contemplate potential strikes. | 190.00 | $380.00 |
| 8/10/26 | 8.0 | Attend trial as trial paralegal; operate electronic trial-presentation system; retrieve and display exhibits, deposition excerpts, credit-reporting records, and impeachment materials at counsel's direction; maintain and track admitted exhibits and evidentiary materials; provide real-time document and presentation support during the day's proceedings. | 190.00 | $1,520.00 |
| 8/11/26 | 5.0 | Support counsel during final tiral preparation session by retrieving and displaying exhibits and prior testimony; take contemporaneous notes of factual and document issues requiring follow-up; identify and organize materials referenced during mock examination; and implement resulting revisions to witness-specific trial materials. | 190.00 | $950.00 |
| 8/12/26 | 8.0 | Attend trial as trial paralegal; operate electronic trial-presentation system; retrieve and display exhibits, deposition excerpts, credit-reporting records, and impeachment materials at counsel's direction; maintain and track admitted exhibits and evidentiary materials; provide real-time document and presentation support during the day's proceedings. | 190.00 | $1,520.00 |
| 8/12/26 | 5.0 | Support counsel during final tiral preparation session by retrieving and displaying exhibits and prior testimony; take contemporaneous notes of factual and document issues requiring follow-up; identify and organize materials referenced during mock examination; and implement resulting revisions to witness-specific trial materials. | 190.00 | $950.00 |
| 8/13/26 | 8.0 | Attend trial as trial paralegal; operate electronic trial-presentation system; retrieve and display exhibits, deposition excerpts, credit-reporting records, and impeachment materials at counsel's direction; maintain and track admitted exhibits and evidentiary materials; provide real-time document and presentation support during the day's proceedings. | 190.00 | $1,520.00 |
| 8/14/26 | 6.0 | Travel to Phoenix, AZ | 190.00 | $0.00 |