# EXHIBIT 10

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **MARCELINO ALBUERNE and RUBY JENKINS,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. 5:24-cv-04043-JAR** |
| **RENT RECOVERY SOLUTIONS, LLC,** | ) | |
| **Defendant.** | ) | |

**<u>DECLARATION OF JENILEE V. ZENTRICH</u>**

The undersigned, Jenilee V. Zentrich, of lawful age and with personal knowledge of the following matters, does state and affirm upon her oath the following:

1. I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees and Related Expenses.

2. I am a duly licensed attorney, admitted to practice in the states of Missouri (2020) and Kansas (2021). I am also admitted to practice in the United States District Courts for the Western District of Missouri (2020) and the District of Kansas (2020).

3. I have litigated at least a dozen cases in the District of Kansas and Western District of Missouri, and I have litigated over one hundred cases in the state courts of Kansas and Missouri.

4. I graduated *magna cum laude* from the University of Missouri-Kansas City School of Law in 2020.

5. The first five years of my practice as a licensed attorney were devoted to consumer protection cases at a small consumer protection firm in Kansas City, Missouri. The last year of my practice has been focused on insurance defense.

6. Based on my consumer-law practice in the Kansas City market, I know that relatively few lawyers regularly handle FCRA matters, and fewer still have substantial experience taking individual consumer cases to jury verdict. There are very few attorneys who practice in the field of consumer protection nationwide. Within that group, an even smaller percentage of consumer attorneys handle credit reporting cases. In the Kansas City market, there are only a handful of consumer protection attorneys who take credit reporting cases, and this is not their primary case type. As such, there is limited access to attorneys for Kansas City consumers with credit reporting violations. Further, these attorneys do not have the experience trying FCRA cases to verdict that Mr. Keller does.

7. Successfully litigating a credit reporting case requires extensive knowledge of the credit bureaus and the Fair Credit Reporting Act ("FCRA"). It is no easy feat to learn the language of the bureaus and furnishers, understand how disputes actually get processed, and be in a position to counter testimony or explanations offered by defendants. Doing so requires extensive time and energy.

8. In preparing this declaration, I have reviewed Mr. Keller's time and billing entries and the online docket report for the Rent Recovery case.

9. I have personally known Duran Keller since approximately February 2022. As part of my professional development and continuing education, I attended a week-long Consumer Trial Attorney Retreat twice, in 2022 and in 2024. Mr. Keller led the majority of the retreat. Mr. Keller led most of the trial-skills instruction and taught attorneys at differing experience levels how to develop case themes, prepare proof, and present consumer cases to juries. He is widely recognized for his strategy and trial skills.

10. I have also witnessed Mr. Keller present at the yearly Consumer Rights Litigation Conference and Class Action Symposium, including on topics related to the FCRA. His presentations are well-attended, and he is generally regarded in the consumer protection field as an expert on the FCRA and trials.

11. Personally, I routinely rely on Mr. Keller to provide guidance and litigation strategy in my cases given his extensive experience and skill.

12. Mr. Keller also provided consulting services for me in preparing a case for trial in this District Court in 2024. His expertise included creating trial themes, improving trial presentation, and general trial strategy.

13. I observed part of the trial in this case, including part of Mr. Keller's examination of Christopher Coelho and Mr. Keller's closing argument. One of the skills Mr. Keller brings to bear is making complex matters appear simple. This is particularly important in consumer protection cases, considering the interplay between complex laws and the systems and procedures used in the industry, and other cases seeking damages for emotional harms.

14. Here, the results obtained by Mr. Keller are exemplary. To not only receive a plaintiff's verdict on a consumer claim but to also prove and obtain punitive damages is virtually unheard of in this District.

15. Based on my consumer-protection practice in the Kansas City metropolitan market, including Kansas City, Kansas and Kansas City, Missouri; my knowledge of market rates in that area; my knowledge of Mr. Keller and my experiences training with and receiving trial-strategy assistance from him; and my review of Mr. Keller's time and billing records and the docket report, I believe that a reasonable hourly-rate range for Mr. Keller's work in this case is $800 to $1,000 per hour.

Further affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct.

September 24, 2026 — Jenilee V. Zentrich (signature)

| | |
|---|---|
| September 24, 2026 | |
| DATE | Jenilee V. Zentrich, KS#29098 |